Case 4:20-cv-00277   Document 5   Filed on 03/10/20 in TXSD   Page 1 of 1

United States District Court
Southern District of Texas
**ENTERED**
March 11, 2020
David J. Bradley, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| Samson Resources Company, | § § § § | |
| Plaintiff, | § § | |
| v. | § | Civil Action No. H-20-277 |
| MB Oil & Gas, LLC., | § § § | |
| Defendants. | § § | |

ORDER

Pursuant to the Stipulation of Dismissal filed on March 9, 2020 the above referenced case is hereby dismissed without prejudice pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii). The Clerk shall send a true copy to all counsel of record.

Signed this ___10___ day of March, 2020.

DAVID HITTNER
United States District Judge